## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMONA J. CHERY NOLASCO,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 21-CV-4119** |
| **KILOLO KIJAKAZI,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this   3RD   day of April, 2023, upon consideration of the Plaintiff's Request for Review (ECF No. 13), Defendant's response thereto (ECF No. 16), and Plaintiff's reply (ECF No. 17), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1.  The Plaintiff's Request for Review is **GRANTED**;

2.  This matter is **REMANDED** to the Acting Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3.  This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

    /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge